**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1455-SLR |
| ) | |
| WEST CREEK, L.L.C.; QUEENSBURY ) | |
| VILLAGE, INC.; LINDER & COMPANY, INC.; ) | |
| PETTINARO CONSTRUCTION CO., INC.; ) | |
| ARCHITECTURE PLUS, P.A.; LANDMARK ) | |
| ENGINEERING, INC.; HILLCREST ) | |
| ASSOCIATES, INC; HOWARD L. ) | |
| ROBERTSON, INC.; LAND TECH, L.L.C; ) | |
| and BETHANY BAY HOME OWNERS ) | |
| ASSOCIATION, INC., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF UNITED STATES' UNOPPOSED MOTION FOR
ORDER DISTRIBUTING AGGRIEVED PERSONS FUND**

Plaintiff United States moves the Court to issue an order distributing monies to persons aggrieved by the alleged violations of the Fair Housing Act in this case, pursuant to Section VIII, paragraph 62 of the consent order entered on January 7, 2005. Undersigned counsel has conferred with the defendant responsible for this payment, Pettinaro Construction Company, Inc., and is authorized represent that defendant does not oppose this distribution. The United States has determined that the following individuals, each of whom has submitted a sworn declaration setting forth the factual basis of his or her claim (*See* Exhibit A), are aggrieved persons and should receive the following amounts from the settlement fund:

| | | |
|---|---|---|
| 1. | Susan Holland | $15,000 |
| 2., 3. | Evelyn and Donald Biddle | $ 5,000 |
| 4. | Dorothy Shaffer | $ 5,000 |
| 5. | Tina Henry | $ 3,000 |
| 6. | Theresa Wilkes | $ 1,000 |
| 7. | Janet Garcia | $ 1,000 |

| | | |
|---|---|---|
| 8. | Alfred Davis | $ 1,000 |
| 9. | Robert Kowalski | $   500 |

A proposed order accompanies this motion.

                                          Respectfully submitted,

                                          FOR THE UNITED STATES:

| | |
|---|---|
| COLM F. CONNOLLY | WAN J. KIM |
| United States Attorney | Assistant Attorney General |
| | |
| /s/Patricia C. Hannigan | /s/Susan Buckingham Reilly |
| Patricia C. Hannigan | STEVEN H. ROSENBAUM |
| Assistant United States Attorney | Chief |
| Delaware Bar I.D. No. 2145 | NICOLE PORTER |
| 1007 Orange Street, Suite 700 | Deputy Chief |
| P. O. Box 2046 | SUSAN BUCKINGHAM REILLY |
| Wilmington, DE 19899-2046 | Attorney |
| (302) 573-6277 | Housing and Civil Enforcement Section |
| Patricia.Hannigan@usdoj.gov | Civil Rights Division |
| | U.S. Department of Justice |
| | 950 Pennsylvania Ave., NW – G St. |
| | Washington, DC 20530 |
| | (202) 514-4713 |
| | (202) 514-1116 |

DATE:  December 28, 2005

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WEST CREEK, L.L.C.; QUEENSBURY )<br>VILLAGE, INC.; LINDER & COMPANY, INC.; )<br>PETTINARO CONSTRUCTION CO., INC.; )<br>ARCHITECTURE PLUS, P.A.; LANDMARK )<br>ENGINEERING, INC.; HILLCREST )<br>ASSOCIATES, INC; HOWARD L. )<br>ROBERTSON, INC.; LAND TECH, L.L.C; )<br>and BETHANY BAY HOME OWNERS )<br>ASSOCIATION, INC., )<br>)<br>Defendants. ) | Civil Action No. 04-1455-SLR |

**ORDER APPROVING DISTRIBUTION OF AGGRIEVED PERSONS FUND**

Having received the Plaintiff United States' Unopposed Motion for Order Distributing Aggrieved Persons Fund, the Court hereby ORDERS Defendant Pettinaro Construction Company, Inc., within 10 days, to deliver to the United States checks payable to the following aggrieved persons for the listed amounts:

| | | |
|---|---|---|
| 1. | Susan Holland | $15,000 |
| 2., 3. | Evelyn and Donald Biddle | $ 5,000 |
| 4. | Dorothy Shaffer | $ 5,000 |
| 5. | Tina Henry | $ 3,000 |
| 6. | Theresa Wilkes | $ 1,000 |
| 7. | Janet Garcia | $ 1,000 |
| 8. | Alfred Davis | $ 1,000 |
| 9. | Robert Kowalski | $    500 |

IT IS SO ORDERED this _____ day of _____, 200\_\_\_\_.


_____
HONORABLE SUE L. ROBINSON
Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

      I, Patricia C. Hannigan, hereby certify that on **December 28, 2005,** I electronically filed the foregoing **PLAINTIFF UNITED STATES' UNOPPOSED MOTION FOR ORDER DISTRIBUTING AGGRIEVED PERSONS FUND** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**G. Kevin Fasic**
Tighe, Cottrell & Logan, P.A.
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899
(302) 658-6400
k.fasic@lawtcl.com

**Counsel for West Creek LLC**, **Queensbury Village Inc., Linder & Company Inc. Bethany Bay Home Owners Association Inc., Pettinaro Construction Co Inc., Architecture Plus PA, and Landmark Engineering Inc.**

**Jeffrey B. Bove**
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
jbove@cblh.com

**Counsel for Hillcrest Associates Inc.**

Notification of such filing will be served via first class mail, postage prepaid on the following:

**Garth R. Heald, Esquire**
Pennsylvania Bar I.D. No. 52484
Pettinaro Enterprises
234 N. James Street
Wilmington, Delaware 19804
(302) 999-0708

**Counsel for Pettinaro Construction Company, Inc.**

**David N. Rutt**
Moore & Rutt, P.A.
122 West Market Street
P.O. Box 554
Georgetown, DE 19947
(302) 856-9568

**Counsel for Howard L. Robertson Inc. and Land Tech LLC**

    /s/Patricia C. Hannigan
    Patricia C. Hannigan
    Assistant United States Attorney
    Delaware Bar I.D. No. 2145
    1007 Orange Street, Suite 700
    P. O. Box 2046
    Wilmington, DE 19899-2046
    (302) 573-6277
    Patricia.Hannigan@usdoj.gov