IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1455-SLR |
| | ) | |
| WEST CREEK, L.L.C.; QUEENSBURY VILLAGE, INC.; LINDER & COMPANY, INC.; PETTINARO CONSTRUCTION CO., INC.; ARCHITECTURE PLUS, P.A.; LANDMARK ENGINEERING, INC.; HILLCREST ASSOCIATES, INC; HOWARD L. ROBERTSON, INC.; LAND TECH, L.L.C; and BETHANY BAY HOME OWNERS ASSOCIATION, INC., | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER APPROVING DISTRIBUTION OF AGGRIEVED PERSONS FUND

Having received the Plaintiff United States' Unopposed Motion for Order Distributing Aggrieved Persons Fund, the Court hereby ORDERS Defendant Pettinaro Construction Company, Inc., within 10 days, to deliver to the United States checks payable to the following aggrieved persons for the listed amounts:

| | | |
|---|---|---|
| 1. | Susan Holland | $15,000 |
| 2., 3. | Evelyn and Donald Biddle | $ 5,000 |
| 4. | Dorothy Shaffer | $ 5,000 |
| 5. | Tina Henry | $ 3,000 |
| 6. | Theresa Wilkes | $ 1,000 |
| 7. | Janet Garcia | $ 1,000 |
| 8. | Alfred Davis | $ 1,000 |
| 9. | Robert Kowalski | $    500 |

IT IS SO ORDERED this \_\_3d\_\_ day of \_\_January_____, 200 6 .

_____
HONORABLE SUE L. ROBINSON
Chief Judge
United States District Court